**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL PADILLA, | ) NO. CV 11-3073-MMM (MAN) |
|         Petitioner, | ) |
|    v. | ) JUDGMENT |
| UNKNOWN, | ) |
|         Respondent. | ) |

Pursuant to the Court's Order Denying Request For Extension Of Time,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 4, 2011

                                                MARGARET M. MORROW
                                     UNITED STATES DISTRICT JUDGE